IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-96-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KAVIN DATRON WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

On November 13, 2017, the court heard oral argument concerning defendant's motion to dismiss the indictment [D.E. 24]. As explained in open court and incorporated by reference, the motion lacks merit and is DENIED.

SO ORDERED. This **13** day of November 2017.

*[signature]*
JAMES C. DEVER III
Chief United States District Judge